**Appeal No. 2021AP1196**

Cir. Ct. No. 2020CV764

**STATE OF WISCONSIN**

**IN COURT OF APPEALS
DISTRICT IV**

WISCONSIN STATE JOURNAL, JONATHAN ANDERSON,
THE ASSOCIATED PRESS, THE CAPITAL TIMES AND
MILWAUKEE JOURNAL SENTINEL,

    PLAINTIFFS-RESPONDENTS,

  v.

EDWARD A. BLAZEL, IN HIS OFFICIAL CAPACITY AS
ASSEMBLY CHIEF CLERK AND WISCONSIN STATE
ASSEMBLY,

    DEFENDANTS-APPELLANTS.

FILED

March 13, 2023

Sheila T. Reiff
Clerk of Court of Appeals

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Juan B. Colas
Circuit Court Judge
Electronic Notice

Carlo Esqueda
Clerk of Circuit Court
Dane County Courthouse
Electronic Notice

Jacob J. Curtis
Electronic Notice

Thomas Claire Kamenick
Electronic Notice

Andrew T. Phillips
Electronic Notice

Matthew Jeffrey Thome                    Christa Westerberg
Electronic Notice                        Electronic Notice


        PLEASE TAKE NOTICE that corrections were made to majority
footnotes 10, 12, 14, and 16 in the above-captioned opinion which was released on
March 9, 2023.  A corrected electronic version in its entirety is available on the
court's website at www.wicourts.gov.